**Donna M. DAVIS, Plaintiff,**

v.

**PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY, Defendant.**

Civil Action No. 95–4190–DES.

United States District Court, D. Kansas.

Nov. 13, 1997.

*ORDER NUNC PRO TUNC*

SAFFELS, District Judge.

On April 30, 1997, this court entered a Memorandum and Order in the above-captioned case, reported at 961 F.Supp. 1496.

Page 1498, paragraph four, lines one through four should read: "The trial court conducted a motions hearing on August 25, 1993, at which all parties, including Prudential, were represented. The court issued an order resolving . . . ."

Page 1500, paragraph one, lines five through six should read: "Indeed, the court seriously doubts there is such a distinction. Waiting to file a known claim . . . ."

**IT IS SO ORDERED.**